**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1605**

_____

NKEM EGBUNIKE, a/k/a Nkem Anya,

                                     Petitioner,

       versus

PETER D. KEISLER, Acting Attorney General,

                                   Respondent.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A76-590-438)

_____

Submitted:  October 24, 2007      Decided:  November 16, 2007

_____

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Nkem Egbunike, Petitioner Pro Se.  M. Jocelyn Lopez Wright, Stacey
I. Young, Office of Immigration Litigation, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nkem Egbunike, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Egbunike's motion. See 8 C.F.R. § 1003.2(a) (2007); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Egbunike, No. A76-590-438 (B.I.A. May 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED